IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH NORWOOD,** | **CIVIL ACTION** |
| Petitioner, | |
| *v.* | **NO. 20-2425-KSM** |
| **SUPERINTENDENT OVERLANDER, et al.**, | |
| Respondents. | |

## ORDER

**AND NOW**, this 2nd day of March, 2021, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 2), the Response thereto (Doc. No. 11), Petitioner's Request for Stay and Abey Federal Proceedings (Doc. No. 4), and the Report and Recommendation of United States Magistrate Judge Marilyn Heffley (Doc. No. 15), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**;

3. Petitioner's Request for Stay and Abey Federal Proceedings is **DENIED**;

4. There is no probable cause to issue a certificate of appealability; and

5. The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:
*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.